UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br> v.<br><br>STEVEN F BOITANO, et al.,<br><br>   Defendants. | Case No. 21-cv-01402-SVK<br><br>**ORDER ON DEFENDANT'S REQUEST TO VACATE ORDER ALLOWING PLAINTIFF LIMITED DISCOVERY**<br><br>Re: Dkt. No. 19 |

  Having reviewed Defendant's request to vacate the Court's June 30, 2021 order permitting Plaintiff to conduct a limited Rule 30(b)(6) deposition of Defendant (Dkt. 18 (the "Discovery Order")), the Court **ORDERS** as follows:

1. Plaintiff's Rule 30(b)(6) deposition notice is improper under the terms of the Discovery Order and is therefore stricken.
2. Within **three (3) days of the date of this Order**, Plaintiff may serve an amended Rule 30(b)(6) deposition notice that complies with the Discovery Order.
3. The deadlines set forth in the Discovery Order are extended by 14 days.
4. Except as set forth above, Defendant's motion to vacate the Discovery Order is denied without prejudice.

**SO ORDERED.**

Dated: July 19, 2021

SUSAN VAN KEULEN
United States Magistrate Judge